which remained she could have picked up the hawser and given sufficient support to the bark to prevent her from dragging her anchor and drifting with the schooner into the coal barge Chapman. I think nothing in the evidence indicates that this would have been possible.

The bark was at fault in having a defective anchor chain so that she soon had to rely upon one anchor; in not paying out a sufficient length of anchor chain upon either anchor to cause the maximum resistance to dragging and safeguard her so far as possible; in not obtaining the assistance of the tug earlier in the day when there was scarcely any tide running, and finally in paying out her anchor chain and casting off the hawser from the tug so that she was immediately placed in a position where the full force of the ebb tide came against her. Under such circumstances, the court should not, I think, be astute to discover some fault of seamanship in the tug that went to her assistance when the faults of the bark were so conspicuous.

[2] The tug Reliance should be held free from fault; the schooner should recover her damages from the bark, and the barge should recover her damages also from the bark. I find no fault in the schooner for drifting against the barge. Her anchor, so far as the evidence shows, never moved until the strong tide carried the bark, whose helplessness was caused by her own fault, against the schooner, and dragged both vessels together against the barge. Costs should follow the award of damages. Settle decree on notice.

=====

### THE F. C. LOCKHART.

### THE NOSTRA SIGNORA DEL BORCHETTO.

### THE RELIANCE.

(Circuit Court of Appeals, Second Circuit. February 11, 1924.)

Nos. 182, 183.

Appeals from the District Court of the United States for the Southern District of New York.

Suits in admiralty by Albert Lawrence, master of the British schooner F. C. Lockhart, and another, against the Italian bark Nostra Signora del Borchetto, for collision. Decree for libelants, and claimant appeals. Affirmed.

Appeal by libelant and claimant from a decree exonerating the tug Reliance from fault. Affirmed.

Charles L. Apfel, of New York City (Ellis J. Bisgyer, of New York City, on the brief), for claimant of The Borchetto.

Bingham, Englar & Jones, of New York City (L. J. Matteson, of New York City, of counsel), for The F. C. Lockhart.

Alexander & Ash, of New York City (Peter Alexander, of New York City, of counsel), for Newtown Creek Towing Co.

Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decrees (298 Fed. 170) affirmed, with costs.